# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KYRAN JOHN LIEN,

           Petitioner,

  v.

ROBERT W. FERGUSON,

           Respondent.

Case No. C23-5522-TSZ

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, all briefing of the parties, the Report and Recommendation of United States Magistrate Judge S. Kate Vaughan, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. 1-1) and this action are DISMISSED with prejudice for want of jurisdiction.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable S. Kate Vaughan.

DATED this 22nd day of December, 2023.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2